

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DIB                                             *271 Cadman Plaza East*
F. #2024R00288                                  *Brooklyn, New York 11201*

October 23, 2025

<u>By ECF and E-Mail</u>

The HONORABLE JAMES R. CHO
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. Eric Earnest, et al.
>        <u>Criminal Docket No. 25-323 (LDH)</u>

Dear Judge Cho:

The government respectfully moves for an order unsealing the indictment and arrest warrants in the above-captioned matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ David I. Berman
       David I. Berman
       Assistant U.S. Attorney
       (718) 254-6167

Enclosure

cc:    Clerk of Court (by ECF)
       Defense Counsel of Record (by ECF)

DIB
F.# 2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ERIC EARNEST, ET AL.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 25-323 (LDH)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney David I. Berman, for an order unsealing the ~~complaint~~ *indictment* and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the indictment and arrest warrants in the above-captioned matter be unsealed.

Dated:　Brooklyn, New York
_____10/23_____, 2025

_____
HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK